IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )   Case No. 13-12992 |
| FRANCIS L. CAMP, JR. | ) |
| | )   Chapter 11 |
| | )   Judge Barnes |
| debtor/debtor-in-possession | ) |

## DEBTOR IN POSSESSION SCHEDULE OF ALL UNPAID DEBTS

Now comes FRANCIS L. CAMP, JR., Chapter 11 debtor herein ("Debtor"), and

for his Schedule of All unpaid Debtors, respectfully states as follows:

1.      On March 29, 2013, this Court entered an Order for Relief in the above-

captioned matter pursuant to a Voluntary Petition under Chapter 11 of the United States

Bankruptcy Code, whereby the Debtor was deemed a debtor-in-possession as defined

in §1101 of the Bankruptcy Code (the "Petition Date").

2.      The Debtor has operated its business and managed its financial affairs as

a debtor-in-possession from the Petition Date until April 22, 2014, when the case was

converted to case under Chapter 7.

3.      A schedule of the unpaid debtor-in-possession debts is attached hereto

as **Exhibit 1**.

FRANCIS L. CAMP, JR.
debtor/debtor-in-possession
By: /s/John H. Redfield
One of his Attorneys

**DEBTOR'S COUNSEL**:
John H. Redfield   (Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
W:\JHR\CAMP, Frank\Schedule of Unpaid Debts - Amd.wpd

## SCHEDULE OF UNPAID DEBTOR-IN-POSSESSION DEBTS

1.  John H. Redfield
    Crane, Heyman, Simon, Welch & Clar
    135 South LaSalle Street, Suite 3705
    Chicago, IL 60603

2.  Lake & Associates CPA's LLC
    1905 Wright Boulevard
    Schaumburg, IL 60193