# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CAMP, FRANCIS             §   Case No. 13-12992-TAB

                                        §

                                        §

Debtor(s)                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 10, 2013. The undersigned trustee was appointed on April 23, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         66,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 28.66 |
| Bank service fees | 1,098.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 64,873.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/02/2014 and the deadline for filing governmental claims was 09/02/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,550.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,550.00, for a total compensation of $6,550.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.72, for total expenses of $6.72.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _06/24/2016_____    By:_/s/David R. Brown_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-12992-TAB

**Case Name:** CAMP, FRANCIS

**Period Ending:** 06/24/16

**Trustee:** (330580)   David R. Brown

**Filed (f) or Converted (c):** 04/23/14 (c)

**§341(a) Meeting Date:** 05/27/14

**Claims Bar Date:** 09/02/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 7 N. 161 Briargate Terrace, Lake In Th | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1/7 Of 156 Acres In Pope County, Illinois | 55,000.00 | 40,000.00 | | 0.00 | FA |
| 3 | 1/7 Of 18 Acres In St. Joseph County, Mi | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 2,556.48 | 0.00 | | 0.00 | FA |
| 5 | Ordinary Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Ordinary Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Term | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401(K) | 65.00 | 0.00 | | 0.00 | FA |
| 9 | 17% Camp Family Partnership (17.708334%) | 442,000.00 | 20,000.00 | | 0.00 | FA |
| 10 | Safe Direction Llc - 25% Interest | Unknown | 0.00 | | 0.00 | FA |
| 11 | Workmens Compensation Recovery | 17,489.54 | 0.00 | | 0.00 | FA |
| 12 | Money Held By Attorney Michael Gerhardt | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | Camp V. Timothy Klein Legal Malpractice | Unknown | 6,000.00 | | 6,000.00 | FA |
| 14 | Avoidance Actions | Unknown | 0.00 | | 0.00 | FA |
| 15 | Breach Of Fiduciary Duty Scott Camp, Steve Camp | Unknown | 5,000.00 | | 60,000.00 | FA |
| 16 | Klinker Dinker Trademark | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Website - Klinker Dinker.Com | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 1997 Chevy Tahoe Lt 234,000 Miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | 1986 Ford Mustang (104,000 Miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 20 | 1985 Yamaha V-Max | 200.00 | 0.00 | | 0.00 | FA |
| 21 | 1972 Hodaka | 50.00 | 0.00 | | 0.00 | FA |
| 22 | The Christie Lodge Hoa Timeshare | Unknown | 0.00 | | 0.00 | FA |
| 23 | Post-Petition Interest Deposits  (u) | Unknown | N/A | | 0.00 | FA |
| 24 | 730 assembled log grabbers | Unknown | 0.00 | | 0.00 | FA |
| 25 | 1980 cargo trailer | 200.00 | 0.00 | | 0.00 | FA |
| 26 | snowmobile trailer | 25.00 | 0.00 | | 0.00 | FA |
| 27 | homemade trailer | 50.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-12992-TAB

**Case Name:** CAMP, FRANCIS

**Period Ending:** 06/24/16

**Trustee:** (330580)   David R. Brown

**Filed (f) or Converted (c):** 04/23/14 (c)

**§341(a) Meeting Date:** 05/27/14

**Claims Bar Date:** 09/02/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 1988 Buell motorcycle | 0.00 | 0.00 | | 0.00 | FA |
| 29 | boat motor | Unknown | 0.00 | | 0.00 | FA |
| 30 | car hauler | 1,200.00 | 0.00 | | 0.00 | FA |
| 31 | boat and trailer | 100.00 | 0.00 | | 0.00 | FA |
| 32 | metal wire and spring handles for logging | 200.00 | 0.00 | | 0.00 | FA |
| 32 | **Assets**   **Totals** (Excluding unknown values) | **$833,386.02** | **$71,000.00** | | **$66,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to review claims and file objections thereto if necessary and then file the Final Report.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2015     **Current Projected Date Of Final Report (TFR):**   June 3, 2016  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-12992-TAB

**Case Name:** CAMP, FRANCIS

**Taxpayer ID #:** **-***1831

**Period Ending:** 06/24/16

**Trustee:** David R. Brown (330580)

**Bank Name:** The Bank of New York Mellon

**Account:** ****-******25-93 - Checking

**Blanket Bond:** $77,173,558.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/24/2016 08:14 AM    V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-12992-TAB | **Trustee:** David R. Brown (330580) |
| **Case Name:** CAMP, FRANCIS | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1200 - Checking |
| **Taxpayer ID #:** **-***1831 | **Blanket Bond:** $77,173,558.00  (per case limit) |
| **Period Ending:** 06/24/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/15 | {15} | Camp Family Partnership | litigation settlement | 1149-000 | 60,000.00 | | 60,000.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.54 | 59,919.46 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.92 | 59,827.54 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.92 | 59,738.62 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.05 | 59,655.57 |
| 09/30/15 | {13} | CNA | settlement payment | 1149-000 | 6,000.00 | | 65,655.57 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.53 | 65,564.04 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.01 | 65,470.03 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.02 | 65,379.01 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 103.45 | 65,275.56 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.51 | 65,185.05 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 28.66 | 65,156.39 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.38 | 65,066.01 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.67 | 64,963.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.07 | 64,873.27 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 66,000.00 | 1,126.73 | **$64,873.27** |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 66,000.00 | 1,126.73 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$66,000.00** | **$1,126.73** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******25-93** | **0.00** | **0.00** | **0.00** |
| **Checking # ******1200** | **66,000.00** | **1,126.73** | **64,873.27** |
| | **$66,000.00** | **$1,126.73** | **$64,873.27** |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER        Claims Bar Date: September 2, 2014

**Case Number:** 13-12992-TAB                                Page: 1                          **Date:** June 24, 2016
**Debtor Name:** CAMP, FRANCIS                                                                **Time:** 08:14:58 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,770.00 | $0.00 | 5,770.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $16.34 | $0.00 | 16.34 |
| 200 | Crane, Heyman Simon, Welch & Clar<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | Admin Ch. 7 | | $35,496.50 | $0.00 | 35,496.50 |
| 8<br>200 | Office of the U.S. Trustee | Admin Ch. 7 | | $325.00 | $0.00 | 325.00 |
| TREXP<br>200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6.72 | $0.00 | 6.72 |
| TRCOMP<br>200 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,550.00 | $0.00 | 6,550.00 |
| SpecialE<br>200 | Crane, Heyman Simon, Welch & Clar<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | Admin Ch. 7 | | $160.18 | $0.00 | 160.18 |
| CH.11EXP<br>300 | Crane, Heyman Simon, Welch & Clar<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | Admin Ch. 11 | | $0.00 | $0.00 | 0.00 |
| CH.11Fee<br>300 | Crane, Heyman Simon, Welch & Clar<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | Admin Ch. 11 | | $107,379.74 | $0.00 | 107,379.74 |
| 3<br>100 | Fifth Third Bank | Secured | | $46,519.29 | $0.00 | 46,519.29 |
| 4<br>100 | Cenlar FSB Pierce & Associates PC<br>Bankruptcy Dept | Secured | | $198,190.84 | $0.00 | 198,190.84 |
| 1<br>610 | Discover Bank DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054--302 | Unsecured | | $10,510.27 | $0.00 | 10,510.27 |
| 2<br>610 | Department of the Treasury Internal<br>Revenue Service | Unsecured | claim amended to zero | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER     **Claims Bar Date:** September 2, 2014

**Case Number:** 13-12992-TAB                Page: 2                **Date:** June 24, 2016
**Debtor Name:** CAMP, FRANCIS                                      **Time:** 08:14:58 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 610 | FIA CARD SERVICES, N.A. | Unsecured | | $28,114.39 | $0.00 | 28,114.39 |
| 6 610 | Fuchs & Roselli, Ltd. | Unsecured | | $7,598.76 | $0.00 | 7,598.76 |
| 7 610 | Timothy J Klein, Attorney at Law 290 Springfield Drive Bloomingdale, IL 60108 | Unsecured | Order avoiding lien entered 9/16/15; priority of claim changed to unsecured | $18,787.57 | $0.00 | 18,787.57 |
| 9 610 | Arturo Medina | Unsecured | | $19,000.00 | $0.00 | 19,000.00 |
| 10 620 | Gerhardt & Haskins LLP | Unsecured | | $29,399.25 | $0.00 | 29,399.25 |
| **<< Totals >>** | | | | 513,824.85 | 0.00 | 513,824.85 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 13-12992-TAB
Case Name: CAMP, FRANCIS
Trustee Name: David R. Brown

**Balance on hand:**                              $          64,873.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Fifth Third Bank | 46,519.29 | 46,519.29 | 0.00 | 0.00 |
| 4 | Cenlar FSB Pierce & Associates PC Bankruptcy Dept | 198,190.84 | 198,190.84 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                        $          64,873.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 6,550.00 | 0.00 | 6,550.00 |
| Trustee, Expenses - David R. Brown | 6.72 | 0.00 | 6.72 |
| Attorney for Trustee, Fees - Crane, Heyman Simon, Welch & Clar | 35,496.50 | 0.00 | 35,496.50 |
| Attorney for Trustee, Expenses - Crane, Heyman Simon, Welch & Clar | 160.18 | 0.00 | 160.18 |
| Other Expenses: Office of the U.S. Trustee | 325.00 | 0.00 | 325.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 5,770.00 | 0.00 | 5,770.00 |
| Attorney for Trustee Expenses - SPRINGER BROWN, LLC | 16.34 | 0.00 | 16.34 |

Total to be paid for chapter 7 administration expenses:   $      48,324.74
Remaining balance:                                         $      16,548.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P Fees - Crane, Heyman Simon, Welch & Clar | 107,379.74 | 0.00 | 16,548.53 |
| Attorney for Trustee/D-I-P Expenses - Crane, Heyman Simon, Welch & Clar | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for prior chapter administrative expenses:   $            16,548.53

Remaining balance:   $                 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $                 0.00

Remaining balance:   $                 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,010.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank DB Servicing Corporation | 10,510.27 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 28,114.39 | 0.00 | 0.00 |
| 6 | Fuchs & Roselli, Ltd. | 7,598.76 | 0.00 | 0.00 |
| 7 | Timothy J Klein, Attorney at Law | 18,787.57 | 0.00 | 0.00 |
| 9 | Arturo Medina | 19,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $                 0.00

Remaining balance:   $                 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 29,399.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Gerhardt & Haskins LLP | 29,399.25 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**