UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CAMP, FRANCIS** | ) | Case No. 13-12992 TAB |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 28, 2016, I served by prepaid first class mail or via ECF service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Jeffrey Snell
US TRUSTEE
219 S. Dearborn Street
Room 873
Chicago, IL 60604

John H Redfield
135 S. LASALLE STREET
SUITE 3705
Chicago, IL 60603

Crane, Heyman Simon,
Welch & Clar
135 S. LaSalle Street
Suite 3705
Chicago, IL 60603

**VIA REGULAR MAIL**

CAMP, FRANCIS
7 N. 161 BRIARGATE
TERRACE
MEDINAH, IL 60157

Discover Bank DB Servicing
Corporation
PO Box 3025
New Albany, OH 43054--302

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Cenlar FSB
Pierce & Associates PC
Bankruptcy Dept
1 N. Dearborn, Ste 1300
Chicago, IL  60602

FIA CARD SERVICES,
N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Fuchs & Roselli, Ltd.
440 West Randolph St., Ste 500
Chicago, IL 60606

Timothy J Klein, Attorney at Law
290 Springfield Drive
Bloomingdale, IL 60108

Arturo Medina
0N058 Robbins Street
Winfield, IL 60190

Gerhardt & Haskins LLP
730 W. Randolph St., Ste 300
Chicago, IL  60661-2100

/s/ David R. Brown
David R. Brown, Trustee
300 S. County Farm Rd., Ste I
Wheaton, IL 60187
Phone: (630) 510-0000