**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAMP, FRANCIS § Case No. 13-12992-TAB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $833,386.02                Assets Exempt: $53,804.54
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00        Claims Discharged
                                              Without Payment: $113,410.24

Total Expenses of Administration: $66,000.00

3) Total gross receipts of $ 66,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $66,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $46,340.00 | $244,710.13 | $244,710.13 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 49,451.47 | 49,451.47 | 49,451.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 121,679.74 | 107,379.74 | 16,548.53 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,000.00 | 113,410.24 | 113,410.24 | 0.00 |
| **TOTAL DISBURSEMENTS** | $65,340.00 | $529,251.58 | $514,951.58 | $66,000.00 |

4) This case was originally filed under Chapter 7 on October 10, 2013. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2016        By: /s/David R. Brown
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Camp V. Timothy Klein Legal Malpractice | 1149-000 | 6,000.00 |
| Breach Of Fiduciary Duty Scott Camp, Steve Camp | 1149-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$66,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Fifth Third Bank | 4110-000 | 46,340.00 | 46,519.29 | 46,519.29 | 0.00 |
| 4 | Cenlar FSB Pierce & Associates PC Bankruptcy | 4110-000 | N/A | 198,190.84 | 198,190.84 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$46,340.00** | **$244,710.13** | **$244,710.13** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | 3110-000 | N/A | 5,770.00 | 5,770.00 | 5,770.00 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 16.34 | 16.34 | 16.34 |
| Crane, Heyman Simon, Welch & Clar | 3210-000 | N/A | 35,496.50 | 35,496.50 | 35,496.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| Office of the U.S. Trustee | 2990-000 | N/A | 325.00 | 325.00 | 325.00 |
| David R. Brown | 2200-000 | N/A | 6.72 | 6.72 | 6.72 |
| DAVID R. BROWN | 2100-000 | N/A | 6,550.00 | 6,550.00 | 6,550.00 |
| Crane, Heyman Simon, Welch & Clar | 3220-000 | N/A | 160.18 | 160.18 | 160.18 |
| Rabobank, N.A. | 2600-000 | N/A | 94.01 | 94.01 | 94.01 |
| Rabobank, N.A. | 2600-000 | N/A | 91.53 | 91.53 | 91.53 |
| Rabobank, N.A. | 2600-000 | N/A | 91.02 | 91.02 | 91.02 |
| Rabobank, N.A. | 2600-000 | N/A | 103.45 | 103.45 | 103.45 |
| Rabobank, N.A. | 2600-000 | N/A | 80.54 | 80.54 | 80.54 |
| Rabobank, N.A. | 2600-000 | N/A | 91.92 | 91.92 | 91.92 |
| Rabobank, N.A. | 2600-000 | N/A | 88.92 | 88.92 | 88.92 |
| Rabobank, N.A. | 2600-000 | N/A | 83.05 | 83.05 | 83.05 |
| Rabobank, N.A. | 2600-000 | N/A | 90.51 | 90.51 | 90.51 |
| ADAMS-LEVINE | 2300-000 | N/A | 28.66 | 28.66 | 28.66 |
| Rabobank, N.A. | 2600-000 | N/A | 90.38 | 90.38 | 90.38 |
| Rabobank, N.A. | 2600-000 | N/A | 102.67 | 102.67 | 102.67 |
| Rabobank, N.A. | 2600-000 | N/A | 90.07 | 90.07 | 90.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $49,451.47 | $49,451.47 | $49,451.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Crane, Heyman Simon, Welch & Clar | 6220-000 | N/A | 3,174.24 | 0.00 | 0.00 |
| Crane, Heyman Simon, Welch & Clar | 6210-000 | N/A | 118,505.50 | 107,379.74 | 16,548.53 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $121,679.74 | $107,379.74 | $16,548.53 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank DB Servicing Corporation | 7100-000 | N/A | 10,510.27 | 10,510.27 | 0.00 |
| 2 | Department of the Treasury Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 28,114.39 | 28,114.39 | 0.00 |
| 6 | Fuchs & Roselli, Ltd. | 7100-000 | N/A | 7,598.76 | 7,598.76 | 0.00 |
| 7 | Timothy J Klein, Attorney at Law | 7100-000 | N/A | 18,787.57 | 18,787.57 | 0.00 |
| 9 | Arturo Medina | 7100-000 | 19,000.00 | 19,000.00 | 19,000.00 | 0.00 |
| 10 | Gerhardt & Haskins LLP | 7200-000 | N/A | 29,399.25 | 29,399.25 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$19,000.00** | **$113,410.24** | **$113,410.24** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-12992-TAB  
**Case Name:** CAMP, FRANCIS  

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 04/23/14 (c)  
**§341(a) Meeting Date:** 05/27/14  

**Period Ending:** 12/20/16  
**Claims Bar Date:** 09/02/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 7 N. 161 Briargate Terrace, Lake In Th | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1/7 Of 156 Acres In Pope County, Illinois | 55,000.00 | 40,000.00 | | 0.00 | FA |
| 3 | 1/7 Of 18 Acres In St. Joseph County, Mi | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 2,556.48 | 0.00 | | 0.00 | FA |
| 5 | Ordinary Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Ordinary Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Term | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401(K) | 65.00 | 0.00 | | 0.00 | FA |
| 9 | 17% Camp Family Partnership (17.708334%) | 442,000.00 | 20,000.00 | | 0.00 | FA |
| 10 | Safe Direction Llc - 25% Interest | Unknown | 0.00 | | 0.00 | FA |
| 11 | Workmens Compensation Recovery | 17,489.54 | 0.00 | | 0.00 | FA |
| 12 | Money Held By Attorney Michael Gerhardt | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | Camp V. Timothy Klein Legal Malpractice | Unknown | 6,000.00 | | 6,000.00 | FA |
| 14 | Avoidance Actions | Unknown | 0.00 | | 0.00 | FA |
| 15 | Breach Of Fiduciary Duty Scott Camp, Steve Camp | Unknown | 5,000.00 | | 60,000.00 | FA |
| 16 | Klinker Dinker Trademark | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Website - Klinker Dinker.Com | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 1997 Chevy Tahoe Lt 234,000 Miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | 1986 Ford Mustang (104,000 Miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 20 | 1985 Yamaha V-Max | 200.00 | 0.00 | | 0.00 | FA |
| 21 | 1972 Hodaka | 50.00 | 0.00 | | 0.00 | FA |
| 22 | The Christie Lodge Hoa Timeshare | Unknown | 0.00 | | 0.00 | FA |
| 23 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |
| 24 | 730 assembled log grabbers | Unknown | 0.00 | | 0.00 | FA |
| 25 | 1980 cargo trailer | 200.00 | 0.00 | | 0.00 | FA |
| 26 | snowmobile trailer | 25.00 | 0.00 | | 0.00 | FA |
| 27 | homemade trailer | 50.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-12992-TAB  
**Case Name:** CAMP, FRANCIS

**Period Ending:** 12/20/16

**Trustee:** (330580)  David R. Brown  
**Filed (f) or Converted (c):** 04/23/14 (c)  
**§341(a) Meeting Date:** 05/27/14  
**Claims Bar Date:** 09/02/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 1988 Buell motorcycle | 0.00 | 0.00 | | 0.00 | FA |
| 29 | boat motor | Unknown | 0.00 | | 0.00 | FA |
| 30 | car hauler | 1,200.00 | 0.00 | | 0.00 | FA |
| 31 | boat and trailer | 100.00 | 0.00 | | 0.00 | FA |
| 32 | metal wire and spring handles for logging | 200.00 | 0.00 | | 0.00 | FA |
| 32 | **Assets**    Totals (Excluding unknown values) | **$833,386.02** | **$71,000.00** | | **$66,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to review claims and file objections thereto if necessary and then file the Final Report.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2015        **Current Projected Date Of Final Report (TFR):**    June 3, 2016  (Actual)

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-12992-TAB | | **Trustee:** | David R. Brown (330580) |
|---|---|---|---|---|
| **Case Name:** | CAMP, FRANCIS | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******25-93 - Checking |
| **Taxpayer ID #:** | **-***1831 | | **Blanket Bond:** | $77,173,558.00 (per case limit) |
| **Period Ending:** | 12/20/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/20/2016 12:56 PM     V.13.28

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-12992-TAB | Trustee: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | CAMP, FRANCIS | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1200 - Checking |
| Taxpayer ID #: | **-***1831 | Blanket Bond: | $77,173,558.00  (per case limit) |
| Period Ending: | 12/20/16 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/15 | {15} | Camp Family Partnership | litigation settlement | 1149-000 | 60,000.00 | | 60,000.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.54 | 59,919.46 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.92 | 59,827.54 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.92 | 59,738.62 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.05 | 59,655.57 |
| 09/30/15 | {13} | CNA | settlement payment | 1149-000 | 6,000.00 | | 65,655.57 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.53 | 65,564.04 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.01 | 65,470.03 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.02 | 65,379.01 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 103.45 | 65,275.56 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.51 | 65,185.05 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 28.66 | 65,156.39 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.38 | 65,066.01 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.67 | 64,963.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.07 | 64,873.27 |
| 07/20/16 | 103 | Crane, Heyman Simon, Welch & Clar | Dividend paid 100.00% on $35,496.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 35,496.50 | 29,376.77 |
| 07/20/16 | 104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $5,770.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,770.00 | 23,606.77 |
| 07/20/16 | 105 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $16.34, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 16.34 | 23,590.43 |
| 07/20/16 | 106 | Office of the U.S. Trustee | Dividend paid 100.00% on $325.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 325.00 | 23,265.43 |
| 07/20/16 | 107 | David R. Brown | Dividend paid 100.00% on $6.72, Trustee Expenses;  Reference: | 2200-000 | | 6.72 | 23,258.71 |
| 07/20/16 | 108 | DAVID R. BROWN | Dividend paid 100.00% on $6,550.00, Trustee Compensation;  Reference: | 2100-000 | | 6,550.00 | 16,708.71 |
| 07/20/16 | 109 | Crane, Heyman Simon, Welch & Clar | Dividend paid 100.00% on $160.18, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 160.18 | 16,548.53 |
| 07/20/16 | 110 | Crane, Heyman Simon, Welch & Clar | Dividend paid 15.41% on $107,379.74, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 16,548.53 | 0.00 |

Subtotals :   $66,000.00   $66,000.00

{} Asset reference(s)

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 13-12992-TAB | **Trustee:** David R. Brown (330580) |
| **Case Name:** CAMP, FRANCIS | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1200 - Checking |
| **Taxpayer ID #:** **-***1831 | **Blanket Bond:** $77,173,558.00 (per case limit) |
| **Period Ending:** 12/20/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 66,000.00 | 66,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 66,000.00 | 66,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,000.00** | **$66,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******25-93** | 0.00 | 0.00 | 0.00 |
| **Checking # ******1200** | 66,000.00 | 66,000.00 | 0.00 |
| | **$66,000.00** | **$66,000.00** | **$0.00** |

{} Asset reference(s)